FILED
2006 Jul-05 PM 02:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JEROME ROWSER,** ) | |
| ) | |
| **vs.** ) | **Civil Action No.  CV 05-S-8062-S** |
| ) | |
| **UNITED STATES OF AMERICA.** ) | |

## ORDER

On June 5, 2006, the magistrate judge entered his report and recommendation and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge.  To date, neither petitioner nor respondent have filed objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the magistrate's report and ACCEPTS the recommendations of the magistrate judge.  Consequently, it is ORDERED, ADJUDGED and DECREED that the Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, is DENIED, and this action DISMISSED.

DONE this the 5th day of July, 2006.

_____
United States District Judge